# Court of Appeals
# of the State of Georgia

ATLANTA,  March 08, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1108. ANDREW W. BELL v. DEKALB COUNTY et al.**

Andrew W. Bell filed a petition for certiorari in the superior court seeking to challenge a DeKalb County zoning decision. The superior court dismissed the petition, and Bell filed this direct appeal. We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court. See *Consolidated Govt. of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001). Such compliance is required even where the superior court dismisses the action. See *Ross v. Mullis Tree Svc., Inc.*, 183 Ga. App. 627, 627 (360 SE2d 288) (1987). Because Bell failed to comply with the discretionary appeal procedure, we lack jurisdiction over the appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  03/08/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.